IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE CRUZ, #321 858, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-CV-692-RAH |
| ) | |
| STATE OF ALABAMA ) | |
| (SPECIFICALLY, BALDWIN CO. ) | |
| SHERIFF'S OFFICE), ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This lawsuit is before the court on the Recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1404. Doc. 3. There are no objections to the Recommendation. After an independent review of the record, the Court concludes the Magistrate Judge's Recommendation should be adopted.

Accordingly, it is ORDERED that:

(1) The Recommendation of the Magistrate Judge (Doc. 3) is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

This case is closed in this court.

DONE, this 7th day of October, 2020.

                                          /s/ R. Austin Huffaker, Jr.
                              R. AUSTIN HUFFAKER, JR.
                              UNITED STATES DISTRICT JUDGE